# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
ENCO Industries, Inc. ) ASBCA Nos. 59073, 59150
)
Under Contract No. SPM4A6-12-D-0243 )

APPEARANCE FOR THE APPELLANT: Mr. Michael Rosa
President

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
DLA Chief Trial Attorney
Edward R. Murray, Esq.
Trial Attorney
DLA Aviation
Richmond, VA

## DISMISSAL WITH PREJUDICE

By email dated 28 January 2016, appellant ENCO Industries, Inc., informed the Board that it wishes to withdraw its appeals. Accordingly the Board hereby dismisses the appeals, ASBCA Nos. 59073, 59150, with prejudice.

Dated: 9 February 2016

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59073, 59150, Appeals of ENCO Industries, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals